# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **KEVIN FRANCIS GILMARTIN,** | } |
| Plaintiff, | } |
| v. | } Case No.: 1:13-CV-00711-RDP |
| **CAROLYN W. COLVIN, Commissioner of Social Security,** | } |
| Defendant. | } |

## MEMORANDUM OPINION

The Magistrate Judge entered his Report and Recommendation (Doc. #16) on June 16, 2014, recommending that the Commissioner's prior decision be upheld. The parties were allowed fourteen (14) days in which to file objections. No objections were filed.

Having carefully considered the record in this case, including the Magistrate Judge's Report and Recommendation, the court is of the opinion that the Magistrate Judge's Report is due to be and is hereby **ADOPTED** and his Recommendation is **ACCEPTED**. A separate order will be entered in accordance with this memorandum opinion.

**DONE** and **ORDERED** this _____2nd_____ day of July, 2014.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE